IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ELECTROLUX HOME PRODUCTS, INC.** | ) | Case No. 2:13-cv-10256 |
| 10200 David Taylor Drive | ) | |
| Charlotte, NC  28262 | ) | |
| Plaintiffs, | ) | Judge:   Patrick J. Duggan |
| | ) | |
| v. | ) | |
| | ) | |
| **APPLIANCES DEPOT, LLC**, | ) | |
| d/b/a Koolzone USA Appliances Outlet, | ) | |
| 20929 Gratiot Ave, Eastpointe, | ) | |
| MI 48021 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **OUMAIMA AL-SAMAD** | ) | |
| 8105 Riverview Street | ) | |
| Dearborn Heights, MI  48127 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **OMAR CHIBIB** | ) | |
| 8105 Riverview Street | ) | |
| Dearborn Heights, MI  48127 | ) | |
| Defendants. | | |

| | |
|---|---|
| SHUMAKER, LOOP & KENDRICK, LLP | FARHAT & ASSOCIATES, PLLC |
| Gregory H. Wagoner (P63981) | Helal A. Farhat (P64872) |
| Attorneys for Plaintiff | Attorney for Defendants APPLIANCES |
| Electrolux Home Poducts, Inc. | DEPOT, LLC, AL-SAMAD and CHIBIB |
| North Courthouse Square | 6053 Chase Road |
| 1000 Jackson | Dearborn, MI  48126 |
| Toledo, Ohio 43604-5573 | (313) 945-5100 tel. |
| (419) 421-9000 tel. | (313) 945-5716 fax |
| (419) 241-6894 fax | hfarhat@saflegal.com |
| gwagone@slk-law.com | |

## DEFENDANTS' AFFIRMATIVE DEFENSES

**NOW COME** the Defendants, APPLIANCES DEPOT, LLC, OUMAIMA AL-SAMAD and OMAR CHIBIB by and through their counsel Helal A. Farhat, and for their Affirmative Defenses state the following:

1. Plaintiffs' Complaint is barred because it fails to state a claim upon which relief can be granted.

2. Plaintiff has failed to mitigate their damages.

3. Plaintiff's losses, if any, were caused in whole or in part by its own negligent business practices and/or willful mismanagement.

4. That Plaintiff's claims are barred by waiver and estoppel.

5. Defendants reserve the right to add additional defenses and/or affirmative defenses should discovery or investigation reveal the factual basis therefore.

6. Defendants hereby reserve the right to amend its pleadings, amend and add other pleadings, or delete these affirmative defenses, plead and file other pleadings and do such other things as they may find necessary.

**WHEREFORE**, Defendants, APPLIANCES DEPOT, LLC, OUMAIMA AL-SAMAD and OMAR CHIBIB respectfully request that this Court deny Plaintiff's requested relief; grant Defendants reasonable attorney fees; grant any other relief as the Court may deem appropriate.

Respectfully submitted,

Dated: March 13, 2013

/s/ Helal A. Farhat_____
Helal A. Farhat (P64872)
Farhat & Associates, PLLC
6053 Chase Road
Dearborn, MI 48126
(313) 945-5100
(313) 945-5716 fax
hfarhat@saflegal.com

2

**CERTIFICATE OF SERVICE**

 I certify that on March 20, 2013, I electronically filed the foregoing Affirmative Defenses with the Clerk of the court using the ECF system which will send notification of such filing to the following: Gregory H. Wagoner (P63981)

            /s/ Helal A. Farhat_____
            Helal A. Farhat (P64872)
            Farhat & Associates, PLLC
            6053 Chase Road
            Dearborn, MI 48126
            (313) 945-5100
            (313) 945-5716 fax
            hfarhat@saflegal.com